FILED - ESC
May 2, 2011 3:08 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ___JAL___ /_____

**UNITED STATES DISTRICT**
**FOR THE WESTERN DISTRICT (**
-Southern Division-

**Gerald Haveman,** and
**Cheryl Van't Hof** as Personal Representative
of the Estate of **Elaine Haveman,** Deceased.

    Plaintiffs,

-v-

**Mark Konynenbelt,**

    Defendant.

Case No. 1:09-cv-1045

Hon. Ellen S. Carmody

_____/

## JURY VERDICT FORM

1. On the count against Defendant Officer Konynenbelt, alleging violation of Plaintiff Gerald Haveman's Fourth Amendment Rights under the Constitution of the United States of America including freedom from excessive force,

    We, the Jury, find for the: _____Plaintiff   ___X___Defendant

    We assess damages in the amount of $_____.
    (only assess if you found for Plaintiff).

2. If you have assessed damages in favor of Gerald Haveman, you may consider whether Plaintiff Elaine Haveman is entitled to damages for loss of consortium in this case, as defined by the court's instructions.

    We, the Jury, find for the: _____Plaintiff   _____Defendant

    We assess damages in the amount of $_____.
    (only assess if you found for Plaintiff).

1

3. If you have assessed damages in favor of Plaintiff Gerald Haveman for a violation of his right to be free from unlawful seizure through excessive force, you may consider whether punitive damages are appropriate in this case as defined by the court's instructions.

We, the Jury, find for the: _____Plaintiff  _____Defendant

We assess damages in the amount of $_____.

**STOP. YOU ARE DONE.** The Jury Foreperson must sign this Verdict Form below. Once that is done, notify the Court that at least _7_ of _7_ of you agree on all of the questions asked.

So, say the Jury, this _2 nd_ day of ~~April~~ May, 2011.

_[signature]_
Signature of Jury Foreperson

2